IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | §<br>§<br>§ | |
| V. | § | CRIMINAL NO. B-12-073-1 |
| | § | |
| LEONEL GARCIA-MORALES,<br>    Defendant. | §<br>§<br>§ | |

# ORDER

Pending is the Magistrate Judge's July 11, 2013, Report and Recommendation in the above-referenced cause of action. [Doc. No. 34]  No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**.  Therefore, Leonel Garcia-Morales's motion [Doc. No. 31] to force the Government to file a Rule 35(b) motion is **DENIED**.

Signed this 14th day of August, 2013.

Andrew S. Hanen
United States District Judge